IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

FALONDO LAMAR WILKINS,

    Appellant,

v.

WAKULLA CORRECTIONAL
INSTITUTION, et al.,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0369

Opinion filed November 14, 2014.

An appeal from the Circuit Court for Wakulla County.
Charles W. Dodson, Judge.

Falondo Lamar Wilkins, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Donna LaPlante, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

PADOVANO, THOMAS, and CLARK, JJ., CONCUR.